IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDDIE DAVIS, ) | |
| ) | |
| Plaintiff, ) | No. 15 CV 7334 |
| ) | |
| v. ) | Hon. Andrea R. Wood |
| ) | |
| DENTAL EXPERTS, LLC and KS REAL ) | |
| PROPERTIES, LLC, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

NOW COME Defendants, DENTAL EXPERTS, LLC and KS REAL PROPERTIES, LLC, by and through its attorneys, William H. Hrabak, Jr. and Brian M. Dougherty, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits their DISCLOSURE STATES, and state as follows:

1. No parent corporation or any publicly held company owns 10% or more of Dental Experts, LLC's stock.

2. No parent corporation or any publicly held company owns 10% or more of KS Real Properties, LLC's stock.

DENTAL EXPRTS, LLC and KS REAL PROPERTIES, LLC,

By: ___/s/ Brian M. Dougherty

William H. Hrabak, Jr.
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000

## CERTIFICATE OF SERVICE

    I, Brian M. Dougherty, an attorney, certify that I served a copy of **Defendants' Rule 7.1 Disclosure Statement**, filed with the United States District Court, via CM/ECF, on all registered users, on this 9th day of September, 2015.

                                                        /s/ Brian M. Dougherty